

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Nos. 07 C 5753 |
| | ) | and 07 C 5754 |
| JAMES SKRZYPEK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OPINION AND ORDER

James and Janice Skrzypek have filed §2255 motions. They claim ineffective assistance of counsel because defense counsel failed to move to suppress evidence defendants contend was obtained as a result of an illegal search. They amplify that contention in accompanying memoranda.

While we recall the issue generally, the trial was so long ago that we do not recall the specifics. We think the best course is to invoke Rule 5, relating to §2255 proceedings, and direct the government to respond by December 20, 2007, and the defendants to reply by January 30, 2008.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 15 , 2007.