KJ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) | Nos. 07 C 5753 |
|  | ) | (97 CR 516) |
| JAMES SKRZYPEK, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

MEMORANDUM OPINION AND ORDER

In the latest round of this ongoing saga, the Skrzypek defendants filed a §2255 petition. Because the events occurred so long ago we were unwilling to rely upon recollection and we directed the government to respond. It has done so.

In the meantime, the defendants seek various records and transcripts, ostensibly to reply to the government. As has been customary in this litigation, the defendants and their appointed counsel have pursued separate claims during appeals. One appointed counsel handled the direct appeal. Another has a limited sentencing issue arising from that appeal. Defendants contend ineffective assistance of counsel relating to records stored at their residence, a matter thoroughly explored in the government's response. They have, apparently, had no success in getting copies of transcripts relating to that issue from their counsel.

To bring this matter to closure, we direct the attorneys on direct appeal and on remand to furnish to the defendants, within 14 days, copies of all public records in their possession relating to the seizure of records from defendants' residence in July 1997. The defendants shall file their reply in support of their motion by April 18, 2008.

JAMES B. MORAN
Senior Judge, U. S. District Court

March 7, 2008.